IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM FREED d/b/a FREED CHIROPRACTIC CENTER, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>v.<br><br>ADVANCED BACK TECHNOLOGIES, INC. and JOHN DOES 1-10,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.: 3:14-CV-00273<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, WILLIAM FREED d/b/a FREED CHIROPRACTIC CENTER, through his undersigned attorneys, hereby voluntarily dismisses this action with prejudice, the class allegations without prejudice, each side to bear its own costs.

      WILLIAM FREED, individually and as the representative
      of a class of similarly-situated persons

      By: /s/Aytan Y. Bellin
        Aytan Y. Bellin ct28454
        **BELLIN & ASSOCIATES LLC**
        85 Miles Avenue
        White Plaines, NY   10606
        Phone: 914-358-5345
        Fax:  212-571-0284
        Aytan.Bellin@bellinlaw.com

        Brian J. Wanca
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 760
        Rolling Meadows, IL  60008
        Telephone:  847-368-1500
        Fax:  847-368-1501

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2014 I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                               /s/Aytan Y. Bellin
                                                    Aytan Y. Bellin